LARSON v. DICKINSON. (Circuit Court of Appeals, Eighth Circuit. January 21, 1919.) No. 5261. In Error to the District Court of the United States for the Southern District of Iowa. Jefferis & Tunison, of Omaha, Neb., for plaintiff in error. Sargent & Gamble, of Des Moines, Iowa, for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error.

---

LONG v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 2, 1918.) No. 5328. In Error to the District Court of the United States for the District of North Dakota. Edward S. Allen, of Bismarck, N. D., for plaintiff in error. Melvin A. Hildreth, U. S. Atty., of Fargo, N. D.

PER CURIAM. Cause docketed, and writ of error dismissed, on motion of defendant in error under rule 16 (188 Fed. xi, 109 C. C. A. xi) without costs to either party in this court.

---

LOWRY v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 2, 1918.) No. 4920. In Error to the District Court of the United States for the Western District of Oklahoma. E. E. Grinstead, of Hominy, Okl., for plaintiff in error. John A. Fain, U. S. Atty., of Lawton, Okl.

PER CURIAM. Judgment of District Court reversed, without costs to either party in this court, and cause remanded, with directions to sustain demurrer to indictment, on confession of error by counsel for defendant in error.

---

McCRAY v. WEST HELENA CONSOLIDATED CO. (Circuit Court of Appeals, Eighth Circuit. March 12, 1919.) No. 5211. In Error to the District Court of the United States for the Eastern District of Arkansas. C. P. Harnwell, of Little Rock, Ark., for plaintiff in error. Bevens & Mundt, of Helena, Ark., and Rose, Hemingway, Cantrell, Loughborough & Miles, of Little Rock, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, in accordance with opinion of this court filed in case No. 5203, West Helena Consolidated Company v. Lora McCray, 256 Fed. 753, —— C. C. A. ——.

---

MEIER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. April 10, 1919.) No. 5176. In Error to the District Court of the United States for the Northern District of Iowa. Redmond & Stewart, of Cedar Rapids, Iowa, for plaintiff in error. Frank A. O'Connor, U. S. Atty., of Dubuque, Iowa, and Seth Thomas, Asst. U. S. Atty., of Ft. Dodge, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

PANTHER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 2, 1918.) No. 4921. In Error to the District Court of the United States for the Western District of Oklahoma. Charles A. Holden and Charles B. Peters, both of Pawhuska, Okl., for plaintiff in error. John A. Fain, U. S. Atty., of Lawton, Okl.

PER CURIAM. Judgment of District Court reversed, without costs to either party in this court, and cause remanded, with directions to sustain demurrer to indictment, on confession of error by counsel for defendant in error.